**Order entered September 27, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00253-CR
### No. 05-18-00254-CR

**JOHNATHON RAMEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-35063-W, F17-35064-W**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the May 31, 2018 motions of Ronald L. Goranson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Ronald L. Goranson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Johnathon Ramey, TDCJ No. 02182808, Middleton Unit, 13055 FM 3522, Abilene, Texas, 79601.

/s/    MOLLY FRANCIS
        JUSTICE